Michael J. Miller, VA Bar No. 19171
David C. Andersen, CA Bar No.: 194095
THE MILLER FIRM, LLC
2 Bala Plaza, Suite 603
Bala Cynwyd, PA 19004
Telephone: (610) 660-0622
Facsimile: (610) 660-0628

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Docket No. 06-CV-5803-CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| ARTHUR MEINCKE, AMADO FAJARDO<br><br>                              Plaintiffs,<br><br>            vs.<br><br>Pfizer Inc., et al.<br>                              Defendants. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |
| This Document Relates to:<br><br>ARTHUR MEINCKE<br>AMADO FAJARDO | |

Come now the Plaintiff, Arthur Meincke, Amado Fajardo, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

-1-

1

2   DATED: *May 5* 2009       By: _David C. Andersen_

3                                  David C. Andersen, CA Bar No. 194095
                                   THE MILLER FIRM, LLP
4                                  Two Bala Plaza, Ste. 603
                                   Bala Cynwyd, PA  19004
5                                  Telephone: (212) 335-4500
                                   Facsimile: (212) 335-4501
6
                                   Attorneys for Plaintiff Arthur Meincke, Amado
7                                  Fajardo

8

9

10

11  DATED:  8/26 , 2009       By:____/s/ Loren Brown_____

12                                 DLA PIPER LLP (US)
                                   1251 Avenue of the Americas
13                                 New York, NY 10020
                                   Telephone:  (212) 335-4500
14                                 Facsimile:  (212) 335-4501
                                   *Defendants' Liaison Counsel*
15

16

17

18
    **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,**
19  **IT IS SO ORDERED.**

20

21  Dated: Sept. 1, 2009      _____
                                   Hon. Charles R. Breyer
22                                 United States District Court

23                                 IT IS SO ORDERED
                                   Judge Charles R. Breyer
24

25

26

27

28

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**